JASON G. REVZIN
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email:  jason.revzin@lewisbrisbois.com
*Counsel or Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| LIONEL LIBORIO, JR.,<br><br>            Plaintiff,<br><br>v.<br><br>FIRST HAWAIIAN BANK; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>            Defendants. | Case No. 2:16-cv-02153-APG-CWH<br><br>**JOINT STIPULATION EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST)** |

COME NOW Plaintiff Lionel Liborio, Jr. ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

On September 13, 2016, Plaintiff filed his Complaint. The deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 13, 2016. Plaintiff has agreed to extend the deadline in which Defendant has to file its appropriate responsive pleadings to Plaintiff's Complaint until October 27, 2016.

DATED: October 11, 2016

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____/s/ Jason G. Revzin_____
JASON G. REVZIN
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com

**HAINES & KRIEGER, LLC**

_____/s/ David H. Krieger_____
**DAVID H. KRIEGER**
Nevada Bar No. 9086
dkrieger@hanesandkrieger.com
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
**Counsel for Plaintiff**

IT IS SO ORDERED.

DATED:   October 13, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

This is to certify that on the 11th of October, 2016, I filed **JOINT STIPULATION EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hanesandkrieger.com
**Counsel for Plaintiff**

/s/ Carrie S. Dunham
**An Employee of**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**