Bob L. Olson, Esq.
Nevada Bar No. 3783
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email:  bolson@swlaw.com
           cgianelloni@swlaw.com
           vbohman@swlaw.com
*Attorneys for Defendant
Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIONEL LIBORIO JR., <br><br> Plaintiff, <br><br> v. <br><br> FIRST HAWAIIAN BANK; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC, <br><br> Defendants. | Case No.  2:16-cv-02153-APG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE AN ANSWER, MOVE OR OTHERWISE PLEAD TO THE COMPLAINT** <br><br> Complaint Filed: September 13, 2016 |

IT IS HEREBY STIPULATED AND AGREED TO, by and between Plaintiff Lionel Liborio Jr. and Defendant Experian Information Solutions, Inc. ("Experian") that Experian shall

///

///

///

///

///

///

///

25067151

1  have up through and including October 31, 2016, within which to file an answer, move or
2  otherwise plead to the Complaint on file.

3  HAINES & KRIEGER, LLC                          SNELL & WILMER, L.L.P.

4
   By:  /s/ David H. Krieger                      By:  /s/ Charles E. Gianelloni
5        David H. Krieger, Esq.                        Bob L. Olson, Esq.
         8985 South Eastern Avenue, Suite 350          Charles E. Gianelloni, Esq.
6        Henderson, NV 89123                           V.R. Bohman, Esq.
         Telephone: (702) 880-5554                     3883 Howard Hughes Parkway, Suite 1100
7        Facsimile: (702) 383-5518                     Las Vegas, NV 89169
                                                       Telephone: (702) 784-5200
8  *Attorneys for Plaintiff Lionel Liborio Jr.*        Facsimile: (702) 784-5252

9                                                  *Attorneys for Defendant Experian Information
                                                   Solutions, Inc.*
10

11                                                 **ORDER**

12
           **IT IS SO ORDERED.**
13

14                                                 _____
                                                   U.S. MAGISTRATE JUDGE
15
                                                   DATED October 21, 2016
16

- 2 -

25067151

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2016, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE AN ANSWER, MOVE OR OTHERWISE PLEAD TO THE COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 20th day of October 2016.

_____
An Employee of Snell & Wilmer L.L.P.

- 3 -

25067151