**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| LIONEL LIBORIO, JR.,<br><br>             Plaintiff,<br><br>v.<br><br>FIRST HAWAIIAN BANK; EXPERIAN INFORMATION SOLUTIONS, INC;<br>TRANS UNION, LLC,<br><br>             Defendants. | Case No. 2:16-cv-02153-APG-CWH<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC** |

Plaintiff Lionel Liborio, Jr. has announced to the Court that all matters in controversy against Trans Union LLC have been resolved.  A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Lionel Liborio, Jr. against Defendant Trans Union LLC only are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

Dated: November 30, 2016.


_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE