David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
LIONEL LIBORIO JR.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIONEL LIBORIO JR.,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HAWAIIAN BANK;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC; TRANS UNION,<br>LLC,<br><br>Defendants. | CASE NO. **2:16-cv-02153-APG-CWH**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 1/13/2017, LIONEL LIBORIO JR. (the "Plaintiff") and EXPERIAN INFORMATION SOLUTIONS, INC (the "Defendant" or "EXPERIAN")(hereinafter collectively the "Settling Parties") settled their respective disputes in this matter.

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement and the settlement terms are being executed.

The specific delays in filing dismissal paperwork resulted from a natural time delay in finalizing agreeable credit reporting data to be reported on the Plaintiff's credit report.  The Settling Parties both had to consult with their clients to finalize the data which was agreeable to be published by the Defendant.  Accordingly, additional time was required to finalize settlement and fulfill the Settling Parties' settlement obligations.

The Settling Parties expect to have all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted February 28, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
***LIONEL LIBORIO JR.***

The court construes this filing as a notice of settlement.  IT IS ORDERED that by March 31, 2017, Plaintiff and Defendant Experian Information Solutions, Inc. must file a stipulated dismissal or fax a joint status report to chambers at 702-464-5581.

_____
United States Magistrate Judge

Dated: March 1, 2017

2

CLAC 2198064.1