David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, LIONEL LIBORIO JR.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LIONEL LIBORIO JR., <br><br> Plaintiff, <br><br> v. <br><br> FIRST HAWAIIAN BANK; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:16-cv-02153-APG-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

Plaintiff LIONEL LIBORIO JR. and EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     March 30, 2017

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Charles Gianelloni, Esq.<br>Charles Gianelloni, Esq.<br>Snell & Wilmer L..L.P.<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC* |
|---|---|

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: March 31, 2017 _____